Zachary T. Ball, Esq.
Nevada Bar No. 8364
**THE BALL LAW GROUP**
3455 Cliff Shadows Parkway
Suite 150
Las Vegas, Nevada 89129
Telephone: (702) 303-8600
Email: zball@balllawgroup.com
Attorney for *Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORI MUSTIN, as Guardian for HERMAN E. FANDEL, and the ESTATE OF IRENE E. FANDEL,<br><br>Plaintiffs,<br><br>vs.<br><br>RALPH A. FANDEL, an individual; INTERNAL REVENUE SERVICE; UNIVERSITY MEDICAL CENTER, a division or department of a political subdivision of the State or Nevada and DOES I through X, inclusive,<br><br>Defendants. | Case No.:  2:15-cv-01430-JCM-PAL |

### STIPULATION AND ORDER TO CONTINUE DEADLINES

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, that the Defendants, RALPH A. FANDEL and INTERNAL REVENUE SERVICE, shall have through and including June 13, 2016 (an additional 30 days from the current pending date) to file a responsive pleading to Plaintiff's Motion for Summary Judgment.  This continuance is requested to enable the time necessary for settlement negotiations in Alaska which will in turn resolve this litigation.

IT IS FURTHER STIPULATED AND AGREED by and between the parties and their respective counsel of record, that Plaintiffs and RALPH A. FANDEL shall have through and including June 13, 2016 (an additional 30 days from the current pending date) to file a responsive pleading to Defendant, INTERNAL REVENUE SERVICE'S Motion for Summary

1  Judgment.

2      IT IS FURTHER STIPULATED AND AGREED by and between the parties and their

3  respective counsel of record, that the parties shall have through and including June 20, 2016

4  (an additional 30 days from the current pending date) to file a Joint Pretrial Order.

5  THE BALL LAW GROUP            TONY M. MAY, P.C.

7  By: /s/ Zachary T. Ball              By: /s/ Tony M. May
     Zachary T. Ball, Esq.                  Tony M. May, Esq.
8       State Bar No. 8364                   State Bar No. 8563
     3455 Cliff Shadows Pkwy., #150       Bruce N. Willoughby, Esq.
9       Las Vegas, Nevada 89129            State Bar No. 8311
     Attorney for *Plaintiffs*              1850 E. Sahara Avenue, Suite 206
10                                                       Las Vegas, Nevada 89104
11                                                       Attorney for *Ralph A. Fandel*

12  U.S. DEPARTMENT OF JUSTICE

14  By: /s/ Gerold A. Role
     Caroline D. Ciraolo, Esq.
15       Gerald A. Role, Esq.
     Trial Attorney, Tax Division
16       P. O. Box 683
     Washington, D.C. 20044
17       Attorneys for *United States of America*

20  **IT IS SO ORDERED.**

21      DATED May 3, 2016.

23                                                       UNITED STATES DISTRICT JUDGE

THE BALL LAW GROUP
3455 Cliff Shadows Parkway, Suite 150
Las Vegas, Nevada 89129
(702) 303-8600