TONY M. MAY, ESQ.
Nevada Bar No. 8563
BRUCE N. WILLOUGHBY, ESQ.
Nevada Bar No. 8311
**TONY M. MAY, P.C.**
1850 E. Sahara Avenue, Suite 206
Las Vegas, Nevada 89104
Telephone Number (702) 388-0404
Email: tmay@tmm-law.com
*Attorneys for Defendant, RALPH A. FANDEL*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CORI MUSTIN, as Guardian for HERMAN E. FANDEL, and the ESTATE OF IRENE E. FANDEL,<br><br>Plaintiffs,<br><br>vs.<br><br>RALPH A. FANDEL, an individual; INTERNAL REVENUE SERVICE; UNIVERSITY MEDICAL CENTER, a division or department of a political subdivision of the State or Nevada and DOES I through X, inclusive,<br><br>Defendants. | Case No.:   2:15-cv-01430-JCM-PAL |

### <u>STIPULATION AND            ORDER TO CONTINUE DEADLINES</u>
### (SECOND REQUEST)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel of record, that the Defendants, RALPH A. FANDEL and INTERNAL REVENUE SERVICE, shall have through and including August 26, 2016 (an additional 74 days from the current date) to file a responsive pleading to Plaintiff's Motion for Summary Judgment, filed on April 20, 2016.  This continuance is requested to allow the time necessary for the Order to be entered in Alaska Probate Court, which will in turn resolve this litigation.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties and their respective counsel of record, that Plaintiffs and RALPH A. FANDEL shall have through and including August 26, 2016 (an additional 74 days from the pending dates) to file a responsive

pleading to Defendant, INTERNAL REVENUE SERVICE'S Motion for Summary Judgment, filed on April 18, 2016. The failure to file a responsive pleading was based on the belief that the action was resolved on or before the dispositive motion deadline.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties and their respective counsel of record, that the parties shall have through and including August 26, 2016 (an additional 74 days from the current pending date) to file a Joint Pretrial Order.

This is the second stipulation for an extension of time to file oppositions to Motions for Summary Judgment and to file a Joint Pretrial Order.

| THE BALL LAW GROUP | TONY M. MAY, P.C. |
|---|---|
| By: /s/ Zachary T. Ball | By: /s/ Tony M. May |
| Zachary T. Ball, Esq.<br>State Bar No. 8364<br>3455 Cliff Shadows Pkwy., #150<br>Las Vegas, Nevada 89129<br>Attorney for *Plaintiffs* | Tony M. May, Esq.<br>State Bar No. 8563<br>Bruce N. Willoughby, Esq.<br>State Bar No. 8311<br>1850 E. Sahara Avenue, Suite 206<br>Las Vegas, Nevada 89104<br>Attorney for *Ralph A. Fandel* |

U.S. DEPARTMENT OF JUSTICE

By: /s/ Gerald A. Role
   Caroline D. Ciraolo, Esq.
   Gerald A. Role, Esq.
   Trial Attorney, Tax Division
   P. O. Box 683
   Washington, D.C. 20044
   Attorneys for *United States of America*

**IT IS SO ORDERED.**

DATED June 22, 2016.

_____
UNITED STATES DISTRICT JUDGE