Zachary T. Ball, Esq.
Nevada Bar No. 8364
**THE BALL LAW GROUP**
3455 Cliff Shadows Parkway
Suite 150
Las Vegas, Nevada 89129
Telephone: (702) 303-8600
Email: zball@balllawgroup.com
Attorney for *Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORI MUSTIN, as GUARDIAN and CONSERVATOR for the ESTATE of HERMAN E. FANDEL,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH A. FANDEL, an individual; UNITED STATES OF AMERICA; UNIVERSITY MEDICAL CENTER, a division or department of a political subdivision of the State or Nevada and DOES I through X, inclusive,<br><br>Defendants. | Case No.:  2:15-cv-01430-JCM-PAL |

**STIPULATION AND _____ ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, to dismiss with prejudice each and every claim and cause of action made by Plaintiffs that was at issue in the above-entitled case, with each party to bear its

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

own attorney's fees and costs.

DATED this 15th day of July, 2016.          DATED this 15th day of July, 2016.

THE BALL LAW GROUP                          TONY M. MAY, P.C.

By:  /s/ Zachary T. Ball                     /s/ Tony S. May
     Zachary T. Ball, Esq.                   Tony M. May, Esq.
     State Bar No. 8364                      State Bar No. 8563
     3455 Cliff Shadows Pkwy., #150          Bruce N. Willoughby, Esq.
     Las Vegas, Nevada  89129                State Bar No. 8311
     Attorney for *Plaintiffs*               1850 E. Sahara Avenue, Suite 206
                                             Las Vegas, Nevada  89104
                                             Attorney for *Ralph A. Fandel*

DATED this 15th day of July, 2016.

U.S. DEPARTMENT OF JUSTICE

By:  /s/ Gerald A. Role
     Caroline D. Ciraolo, Esq.
     Gerald A. Role, Esq.
     Trial Attorney, Tax Division
     P. O. Box 683
     Washington, D.C. 20044
     Attorneys for *United States of America*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  July 20, 2016
        _____